UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA,
MIAMI DIVISION

Wells Fargo Bank, NA

Case No. 17 cv 20266

vs.

John Bonaby, *et als*,

MOTION FOR EXTENSION OF TIME

Defendant Bonaby Management, Inc., hereby respectfully requests the Court to extend the time set forth in its Order of January 25th 2017 requiring the filing of additional information by January 31st (today) in that counsel for Bonaby Management, Inc. has been involved in trial preparation for a matter tried just yesterday the 30th of January before the Honorable Robert Mark, U.S. Bankruptcy Judge in the matter of Acevedo, case # 15-22200 RAM and has not been able to address the concerns of this Court as set forth in those Orders and most respectfully requests the grant of an additional ten days for compliance.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served via the CM/ECF system upon all others involved in this cause this January 31, 2017.

/s/
Elliot L. Miller
Attorney for Defendant Bonaby Management, Inc.
5420 North Bay Road
Miami Beach,  Fla.  33140
(305) 861-1313   [fax 305 861-1111]
elliotmillerservice@gmail.com